Before the First Division, January 22, 1969

**No. P69/28.**—Keen Industries, Inc. *v.*United States, protests 68/33592–7915, etc. (Chicago).

Watson, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of artificial

flowers, trees, foliage, fruits, vegetables, grasses, or grains, and articles made of the foregoing, in chief value of plastic, assembled in the same manner as the merchandise the subject of *Armbee Corporation et al.* v. *United States* (60 Cust. Ct. 105, C.D. 3278) and *Zunold Trading Corporation et al.* v. *United States* (60 Cust. Ct. 112, C.D. 3279), the claim of the plaintiff was sustained.